UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., : <br><br> Plaintiff, : <br><br> v. : <br><br> VIDEO PROJECTION SYSTEMS, INC., : d/b/a LCD EXPRESS, GREGORY A. WOLFF, and DEANNA A. WOLFF, : <br><br> Defendants. : | Civil Action No. 3:02CV1975 (JBA) <br><br><br> June 24, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), plaintiff Merrill Lynch Business Financial Services, Inc. ("Merrill") and defendants Video Projection Systems, Inc. ("VPSI"), Gregory A. Wolff and Deanna A. Wolff jointly present this stipulation of dismissal with prejudice, stipulating that the above action, Civil Action No. 3:02CV1975 (JBA), may be dismissed with prejudice.

Defendants have made all payments required under the parties' contingent settlement agreement (which was reported earlier to the Court), and therefore, the case can now be dismissed with prejudice. Pursuant to the parties' settlement agreement, the Court is not being asked to make any award of attorneys' fees or costs.

WHEREFORE, the parties stipulate that the above action may be dismissed with prejudice.

THE PLAINTIFF,
MERRILL LYNCH BUSINESS
FINANCIAL SERVICES, INC.

By: _____
Thomas J. Murphy, Esq. (ct07959)
James R. Smart, Esq. (ct20982)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
Tel. (860) 278-5555
Fax (860) 249-0012
Email: tmurphy@cemlaw.com
jsmart@cemlaw.com


THE DEFENDANTS,

VIDEO PROJECTION SERVICES, INC.
and GREGORY A. WOLFF

By: _____
James Berman, Esq. (ct06027)
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186
Tel. (203) 368-4234
Fax (203) 367-9678
E-mail: jberman@zeislaw.com

2

THE DEFENDANT,
DEANNA A. WOLFF

By: _____

Deanna A. Wolff
142 Seventy Acres Road
West Redding, CT 06986
Tel. (203) 938-0828