4\

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 2  2 29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MERRILL LYNCH BUSINESS
FINANCIAL SERVICES, INC.,

        Plaintiff,

v.

VIDEO PROJECTION SYSTEMS, INC.,
d/b/a LCD EXPRESS, GREGORY A.
WOLFF, and DEANNA A. WOLFF,

        Defendants.

Civil Action No. 3:02CV1975 (JBA)

June 24, 2004

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), plaintiff Merrill Lynch Business Financial Services, Inc. ("Merrill") and defendants Video Projection Systems, Inc. ("VPSI"), Gregory A. Wolff and Deanna A. Wolff jointly present this stipulation of dismissal with prejudice, stipulating that the above action, Civil Action No. 3:02CV1975 (JBA), may be dismissed with prejudice.

Defendants have made all payments required under the parties' contingent settlement agreement (which was reported earlier to the Court), and therefore, the case can now be dismissed with prejudice. Pursuant to the parties' settlement agreement, the Court is not being asked to make any award of attorneys' fees or costs.

WHEREFORE, the parties stipulate that the above action may be dismissed with prejudice.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: [signature]
    Deputy Clerk